**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEDRON L. JOHNSON                                                                                          PETITIONER
ADC #120099

5:11CV00040 SWW/HDY

RAY HOBBS                                                                                                       RESPONDENT
Director, Arkansas
Department of Correction

**ORDER**

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee. The Clerk will serve a copy of the petition and this order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this   9   day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE