**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KEDRON L. JOHNSON**                                                                                         **PETITIONER**

**VS.**                                   **CASE NO. 5:11CV00040 SWW/HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                     **RESPONDENT**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Kedron L. Johnson, an inmate in the custody of the Arkansas Department of Correction (ADC), filed this application for writ of habeas corpus pursuant to 28 U.S.C. §2254.  Mr. Johnson was found guilty of rape and sentenced to twenty five years imprisonment following a 2001 jury trial in the Circuit Court of Pulaski County.  On direct appeal, the Arkansas Court of Appeals affirmed the conviction.  *Johnson v. State*, 80 Ark. App. 79 (2002).  In 2003, Mr. Johnson unsuccessfully attacked this convictions in this Court by filing and prosecuting to conclusion a federal petition for writ of habeas corpus[1].  (The respondent incorrectly identifies the case as Case No. 5:06cv00254 – see footnote one).  Both this Court and the Eighth Circuit Court of Appeals denied Mr. Johnson's request for a certificate of appealability.  See Docket entries nos. 15, 16.  In addition, the United States Supreme Court denied the petitioner's request for a writ of certiorari.  See Docket entry no. 20.

The respondent moves to dismiss the current petition for failing to seek or receive permission from the Eighth Circuit Court of Appeals to file this successive petition.

28 U.S.C. § 2244(b)(3)(A) provides:  "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of

---

[1]In his petition, Mr. Johnson acknowledges that he previously sought federal habeas corpus relief, correctly identifying the case as Case No. 5:03cv00379.  (Judgment entered on January 14, 2004).

2

appeals for an order authorizing the district court to consider the application." The statutory language is clear that permission must be received before the filing of the successive petition with the district court.   As a result, we recommend that the petition be dismissed without prejudice pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, we recommend the certificate of appealability be denied.

IT IS SO ORDERED this __21___ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE