# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEDRON L. JOHNSON**                                                                  **PETITIONER**

**VS.**                     **CASE NO. 5:11CV00040 SWW**

**RAY HOBBS, Director of the**
Arkansas Department of Correction                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 2nd day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE